## DEXTER BRUCE *vs.* HENRY FAIRBANKS.

The disallowance of a motion to amend, by striking out an item of debt or credit in a bill of particulars, is a matter of discretion and not open to exception.

AT the trial of this action, which was assumpsit upon an account annexed to the writ, the plaintiff moved for leave to withdraw the second item of the account, amounting to $210, from the consideration of the jury, and also to withdraw an item of credit for $251, on the ground that they properly belonged to the account of a firm, doing business under the name of Fairbanks & Farwell, of which the defendant was a member, but *Mellen*, J., in the court of common pleas, overruled the motion, and the verdict being for the defendant, the plaintiff alleged exceptions.

*B. F. Butler*, for the plaintiff.

*I. S. Morse*, for the defendant.

BY THE COURT.   The question of allowing or disallowing the proposed amendment, was within the discretionary power of the court, and involved no question of law.

*Exceptions overruled*